ROBERT A. BUSH (SBN 65357)
rbush@BushGottlieb.com
PETER S. DICKINSON (SBN 139495)
pdickinson@BushGottlieb.com
IRA L. GOTTLIEB (SBN 103236)
igottlieb@BushGottlieb.com
ERICA DEUTSCH (SBN 204427)
edeutsch@BushGottlieb.com
MELVIN YEE (SBN 241569)
myee@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:   (818) 973-3201

Attorneys for Plaintiffs and
Counterdefendants TRUSTEES OF THE
SCREEN ACTORS GUILD-
PRODUCERS PENSION PLAN; and
TRUSTEES OF THE SCREEN ACTORS
GUILD-PRODUCERS HEALTH PLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>EURO RSCG NEW YORK, INC., a Delaware Corporation,<br><br>Defendant.<br><br>EURO RSCG NEW YORK, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>vs. | **CASE NO. 10 CV 4172 DMG (JCGx)**<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION AND CROSS-ACTION F.R.CP. 41(a)(1)(ii) [JS-6]** |

237553.1  11630-17047

STIPULATION TO DISMISS ACTION/CROSS-ACTION

1  TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS
2  PENSION PLAN; and TRUSTEES OF THE SCREEN ACTORS GUILD-
3  PRODUCERS HEALTH PLAN,
4          Counterdefendants.

5

6        GOOD CAUSE having been shown by the stipulation of the parties filed on

7  January 12, 2011 [Doc. #26], this action is hereby DISMISSED WITH

8  PREJUDICE, each side to bear its own attorneys fees and costs.

9

10  DATED: January 13, 2011

11

12

13                         *Dolly M. Gee*
                       DOLLY M. GEE
14                  UNITED STATES DISTRICT JUDGE